

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00837-CV

**IN THE INTEREST OF K.N.A.**, J.R.A., K.Y.A., J.C.A., Children

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2018-FLD-001498-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed: March 4, 2020

DISMISSED

On February 6, 2020, appellant K.L. filed a motion to dismiss, requesting that this court dismiss her appeal because the trial court vacated the order of termination that she appealed from. Appellee the Texas Department of Family and Protective Services has not opposed the motion. *See* TEX. R. APP. P. 10.3(a). Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM